UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS GARCIA TORRES, § <br> § <br> Petitioner, § <br> VS. § <br> § <br> LORIE DAVIS, § <br> § <br> Respondent. § | CIVIL ACTION NO. 1:19-CV-78 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 24, 2020, the United States Magistrate Judge issued a Report and Recommendation (Doc. 23) recommending that Garcia Torres's Petition for Writ of Habeas Corpus by a Person in State Custody, pursuant to 28 U.S.C. § 2254 (Doc. 1) should be denied as untimely filed and substantively meritless. No party objected to the Report and Recommendation.

After considering the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation (Doc. 23). Accordingly, it is:

**ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**; and

**ORDERED** that a Certificate of Appealability is **DENIED**.

SIGNED this 1st day of April, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge